IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-22606-CIV-ALTONAGA/Simonton

GARDEN ISLANDS INTERNATIONAL, LLC,
a Florida limited liability company.

       Plaintiff,

v.

SHYAM AHUJA PRIVATE, LIMITED, a New
York Foreign Corporation d/b/a SHYAM
AHUJA LTD,
       Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Court Practice in Removal Case [D.E. 3] was served on July 18, 2012, via U.S. Mail & Email: to Monica Theresa Cronin, Esq., Hinshaw & Culbertson LLP 2525 Ponce de Leon Boulevard Suite 400 Coral Gables, FL 33134-6044.

       Respectfully submitted,

       Joseph P. Klock, Jr., FBN 156678
       jklock@rascoklock.com
       Miguel A. Morel, FBN 89163
       mmorel@rascoklock.com
       RASCO, KLOCK, REININGER, PEREZ,
       ESQUENAZI, VIGIL & NIETO
       283 Catalonia Avenue
       Coral Gables, Florida  33134
       Telephone: 305.476.7111
       Facsimile: 305.675.7707

By: /s/ Joseph P. Klock, Jr
       Joseph P. Klock, Jr.
       *Counsel for Defendant, SHYAM  AHUJA LTD*